| | |
|---|---|
| 1  **CAROL ANN MOSES  #164193**<br>Attorney at Law<br>2  7636N. Ingram Ave., #104<br>3  Fresno, California  93720<br>Telephone:  (559) 449-9069<br>4  Facsimile:    (559) 513-8530<br>5  Attorney for Defendant,<br>6  CHRISTOPHER VALDEZ | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRISTOPHER VALDEZ,<br><br>            Defendant. | CASE NO. 1:15-cr-0329-DAD-BAM (003)<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO NOVEMBER 27, 2017; [~~PROPOSED~~] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTOPHER VALDEZ, his attorney of record, CAROL ANN MOSES, and the Assistant United States Attorney, KIMBERLY A. SANCHEZ, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

currently scheduled for November 13, 2017 at 1:00 PM in Courtroom 9, be continued until November 27, at 1:00 PM.

The status conference is to assure that new Defense Counsel has received discovery in the case. Previous counsel James Homola and new counsel, Carol Moses spoke on the phone and have arranged the transfer of discovery to occur during the week of November 6, 2017.

Defense counsel begins a trial in Madera on November 13, 2017 and is unable to appear at the currently scheduled Status Conference on November 13, 2017.

It is further stipulated by the Parties that time is excluded under the Speedy Trial Act.

Dated: October 30, 2017             /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    CHRISTOPHER VALDEZ

Dated: October 30, 2017             /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Status Conference for CHRISTOPHER VALEZ, currently scheduled for November 13, 2017 at 1:00 PM shall be continued until November 27, 2017 at 1:00PM before Judge McAuliffe.

2. Good cause exists to exclude time under the Speedy Trial Act for the above stated reason and the ends of justice outweigh the interest of the public and the defendant in a speedy trial 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:  **November 1, 2017**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE TO NOVEMBER 27, 2017;
[PROPOSED] ORDER THEREON

2

STIPULATION TO CONTINUE STATUS
CONFERENCE TO NOVEMBER 27, 2017;
[PROPOSED] ORDER THEREON

3