McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER VALDEZ,<br><br>Defendant. | No. 1:15-CR-00329 DAD<br><br>STIPULATION TO CONTINUE SENTENCING |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Melanie L. Alsworth, Assistant U.S. Attorney, and Carol Moses, attorney for defendant, that the sentencing set for, February 11, 2019, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to March 4, 2019 at 1:30 p.m.

///

///

///

///

///

Government Counsel was out of the office for an extended period of time due to a family emergency, and needs additional time to review the Presentence Report and submit informal objections, if appropriate, on or before January 28, 2019. Defense counsel does not object to this request.

Respectfully submitted,

Dated: January 25, 2019  McGREGOR W. SCOTT
United States Attorney

By   /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

Dated: January 25, 2019  /s/ Carol Moses
CAROL MOSES
Attorney for Defendant

**O R D E R**

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for Feburary 11, 2019, at 10:00 a.m. is hereby continued to March 4, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **January 25, 2019**    _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE