1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No.  1:15-cr-00329-DAD-BAM-3

12

Plaintiff,

13

v.

ORDER REFERRING MOTION SEEKING
FIRST STEP ACT RELIEF TO FEDERAL
DEFENDER'S OFFICE

14

CHRISTOPHER VALDEZ,

15

Defendant.

(Doc. No. 181)

16

17

18

        On March 4, 2019, defendant Christopher Valdez was sentenced in this action.  (Doc. No.

19

152.)  On February 11, 2021, defendant filed a pro se motion for compassionate release pursuant

20

to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 181.)

21

        Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed

22

to represent defendant in conjunction with the motion for compassionate release.  The FDO shall

23

have 60 days from the date of this order to file a supplement to defendant's pro se motion or to

24

notify the court and the government it does not intend to file a supplement.  Thereafter, absent

25

further order of the court amending the deadlines, the government shall have 30 days from the

26

date of the FDO's filing to file a response to defendant's motion.  Any reply shall be filed within

27

fifteen days of the filing of any response by the government.

/////

28

1

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **February 11, 2021**

_____
UNITED STATES DISTRICT JUDGE