PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00329-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO VACATE RULE 32.1 PRELIMINARY HEARING; SET A STATUS CONFERENCE; AND ORDER** |
| CHRISTOPHER VALDEZ | |
| Defendant. | |

The parties stipulate as follows:

1. On April 25, 2024, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Christopher Valdez. [ECF 200.] The defendant had his initial appearance on the petition on April 29, 2024. [ECF 203.] The Court ordered the defendant detained on April 30, 2024, and set a preliminary hearing for May 14, 2024. [ECF 205.]

2. On May 7, 2024, a motion to withdraw was filed and the attorney Darryl Young was appointed to represent the defendant. [ECF 210.] The U.S. Probation Office produced discovery related the charges in the petition to the parties. The parties are still waiting on discovery, such as body camera footage.

3. Now, the defendant seeks to and hereby does waive his right to a preliminary hearing under Rule 32.1(b)(1). The parties have agreed to vacate the preliminary hearing on May 14, 2024, and set a

1

status conference on May 22, 2024. The defendant will set forth the waiver on the record during the status conference. This stipulation is entered into to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can continue reviewing the discovery, and for defendant to consider a resolution of the case.

      IT IS SO STIPULATED.

Dated:  May 10, 2024                              PHILLIP A. TALBERT
                                                   United States Attorney

                                                   */s/ Cody Chapple*
                                                   Cody Chapple
                                                   Assistant United States Attorney

Dated:  May 10, 2024                              */s/ Darryl Young*
                                                   Darryl Young
                                                   Counsel for Christopher Valdez.

**ORDER**

The Court has read and considered the parties' stipulation, to vacate the preliminary hearing on May 14, 2024, and set a status conference on May 22, 2024, and defendant's waiver under Rule 32.1(b)(1). The Court finds there is good cause for the vacate the preliminary hearing and set a status conference so as to allow the defendant reasonable time to complete his review of the discovery, prepare for the revocation hearing, and fully consider a resolution of the case.

IT IS SO ORDERED.

Dated:   **May 10, 2024**

UNITED STATES MAGISTRATE JUDGE