1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00329-ADA-BAM |
12 | Plaintiff, | |
13 | v. | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
14 | CHRISTOPHER VALDEZ, | |
15 | Defendant. | |

18     The parties stipulate as follows:

19     1.     On April 25, 2024, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Christopher Valdez. [ECF 200.] The defendant had his initial appearance on the petition on April 29, 2024. [ECF 203.] The Court ordered the defendant detained on April 30, 2024, and set a preliminary hearing for May 14, 2024. [ECF 205.]

23     2.     On May 7, 2024, a motion to withdraw was filed and the attorney Darryl Young was appointed to represent the defendant. [ECF 210.] The U.S. Probation Office produced discovery related the charges in the petition to the parties. The parties are still waiting on discovery, such as body camera footage.

27     3.     On May 10, 2024, the Court accepted defendant's waiver of his preliminary hearing and set a status conference on May 22, 2024. [ECF 212]

4.	Now, the parties have agreed to continue the May 22, 2024, status conference to June 12, 2024. This stipulation is entered into to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can continue reviewing the discovery, and for defendant to consider a resolution of the case.

IT IS SO STIPULATED.

Dated:  May 21, 2024 	PHILLIP A. TALBERT
	United States Attorney

	*/s/ Cody Chapple*
	Cody Chapple
	Assistant United States Attorney

Dated:  May 21, 2024 	*/s/ Darryl Young*
	Darryl Young
	Counsel for Christopher Valdez.

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference from May 22, 2024, to June 12, 2024. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE