JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
CHRISTOPHER VALDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | Case No 1: 15 CR 329 DAD |
| | \| | |
| Plaintiff, | \| | MOTION TO WITHDRAW |
| | \| | AS ATTORNEY OF RECORD AND |
| V. | \| | FOR APPOINTMENT OF NEW COUNSEL |
| | \| | |
| CHRISTOPHER VALDEZ, | \| | |
| | \| | |
| Defendant. | \| | |
| _____ | \| | |

On May 1, 2024, CJA attorney James R.Homola was appointed to represent Mr. VALDEZ in this matter, and now moves to withdraw as attorney of record, and for appointment of new counsel.

DECLARATION

On May 1, 2024, I was appointed to represent Mr VALDEZ in this matter. Subsequent to appointment, during consultation with Mr VALDEZ, it became known that I was previously appointed as counsel for him in the underlying case, in which capacity irreconcilable differences developed, which required the appointment of new counsel.

Having met with Mr VALDEZ, I have confirmed that this conflict remains. I promptly notified the Office of the Federal Defender, who contacted attorney Darryl E. Young (650 W. 20th St, Merced, CA 95340; Telephone number 209-354-3500), to undertake the repesentation.  Mr. Young has agreed to accept appointment in this matter.

Accordingly it is requested that the Court relieve James R. Homola as counsel of record, and appoint Darryl Young in his place.

Dated: May 7, 2024                     Respectfully submitted,

                                       /s/ James R. Homola
                                       JAMES R. HOMOLA
                                       Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that good cause exists, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel, and appoints Darryl E. Young to represent Mr VALDEZ in this matter.

IT IS SO ORDERED.

Dated:  __May 28, 2024__

_____
UNITED STATES DISTRICT JUDGE