PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00329-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| CHRISTOPHER VALDEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. On April 25, 2024, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Christopher Valdez. [ECF 200.] The defendant had his initial appearance on the petition on April 29, 2024. [ECF 203.] The Court ordered the defendant detained on April 30, 2024, and set a preliminary hearing for May 14, 2024. [ECF 205.]

2. On May 7, 2024, a motion to withdraw was filed and the attorney Darryl Young was appointed to represent the defendant. [ECF 210.] The U.S. Probation Office produced discovery related the charges in the petition to the parties. The parties are still waiting on discovery, such as body camera footage.

3. On May 10, 2024, the Court accepted defendant's waiver of his preliminary hearing and set a status conference on May 22, 2024. [ECF 212.] On May 22, 2024, the Court ordered the status

1

1 conference continued to June 12, 2024. [ECF 215.]

2     4.    Now, the parties have met and conferred, and agreed to continue the June 12, 2024, status
3 conference to July15, 2024. This stipulation is entered into to further provide defendant with reasonable
4 time necessary for effective preparation, so that the defendant can continue reviewing the discovery, and
5 for defendant to consider a resolution of the case.

7     IT IS SO STIPULATED.

9 Dated: June 3, 2024      PHILLIP A. TALBERT
    United States Attorney

11      */s/ Cody Chapple*
    Cody Chapple
    Assistant United States Attorney

14 Dated: June 3, 2024      */s/ Darryl Young*
    Darryl Young
    Counsel for Christopher Valdez.

## ORDER

The Court has read and considered the parties' stipulation to continue the status conference from June 12, 2024, to July 15, 2024, at 2:00 pm before the Duty Magistrate Judge. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case.

IT IS SO ORDERED.

Dated: __June 3, 2024__         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE