PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00329-ADA-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO SET ADMIT HEARING AND VACATE STATUS CONFERENCE; AND ORDER** |
| CHRISTOPHER VALDEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. On April 25, 2024, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Christopher Valdez. [ECF 200.] The defendant had his initial appearance on the petition on April 29, 2024. [ECF 203.] The Court ordered the defendant detained on April 30, 2024, and set a preliminary hearing for May 14, 2024. [ECF 205.]

2. On May 7, 2024, a motion to withdraw was filed and the attorney Darryl Young was appointed to represent the defendant. [ECF 210.] The U.S. Probation Office produced discovery related the charges in the petition to the parties. The parties are still waiting on discovery, such as body camera footage.

3. On May 10, 2024, the Court accepted defendant's waiver of his preliminary hearing and set a status conference on May 22, 2024. [ECF 212.] On May 22, 2024, the Court ordered the status

conference continued to June 12, 2024, then to July 15, 2024, August 12, 2024, then again to August 28. [ECF 215, 218, 221, and 224.]

    4.    Now, the parties have met and conferred and agreed to a resolution to this case. The parties have agreed to vacate the August 28, 2024, status conference and set an admit hearing on August 26, 2024. The defendant intends to admit to Charge 2. The government will dismiss charges 1 and 3 at sentencing. The parties will recommend 10 months of imprisonment at sentencing.

IT IS SO STIPULATED.

Dated: August 20, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: August 20, 2024

*/s/ Darryl Young*
Darryl Young
Counsel for Christopher Valdez.

**ORDER**

The Court has read and considered the parties' stipulation to vacate the August 28, 2024, status conference and set an admit hearing on August 26, 2024, at 2:00 pm. The Court finds there is good cause to allow the defendant to appear within a reasonable time and resolve the case. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

UNITED STATES MAGISTRATE JUDGE